# In the United States Court of Federal Claims

No. 15-732C
(Filed: January 31, 2020)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TEJERE J. AKPENEYE et al.,

       Plaintiffs,

v.

THE UNITED STATES,

       Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On July 15, 2015, plaintiffs—Pentagon Force Protection Agency police officers—filed a complaint in which they allege entitlement to overtime compensation for various activities. The parties subsequently agreed to bifurcate the litigation; they would first select a group of sample plaintiffs and litigate those officers' claims. On December 19, 2019, the court dismissed the claims of the sample plaintiffs and requested that the parties propose a process for adjudicating the remaining plaintiffs' claims. On January 31, 2020, the parties filed a joint status report in which they agreed that the appropriate action for the court to take is to dismiss the remaining plaintiffs' claims and enter judgment for defendant with respect to all of plaintiffs' claims. Accordingly, the court **DISMISSES** the remaining plaintiffs' claims and **DIRECTS** the clerk to enter judgment accordingly.

       **IT IS SO ORDERED.**

                                      s/ Margaret M. Sweeney
                                      MARGARET M. SWEENEY
                                      Chief Judge